IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

QUAN HUNG NGUYEN,

    Petitioner,

v.                                              CASE NO. 17-3007-JWL

U. S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

    Respondent.

## MEMORANDUM AND ORDER

This matter is a *pro se* petition for writ of habeas corpus filed under 28 U.S.C. § 2241. Petitioner is detained under an order of removal entered by the immigration court in Kansas City, Missouri. Petitioner seeks immediate release from custody, asserting that his continued detention pending removal has exceeded the six-month period considered presumptively reasonable. The Court entered a Memorandum and Order (Doc. 12) on May 18, 2017, finding that Petitioner was not entitled to habeas corpus relief at that time because there was a significant likelihood of removal in the reasonably foreseeable future. However, the Court directed the parties to file status reports with the Court by June 21, 2017. The parties have now filed their status reports. (Docs. 13, 14.)

Travel arrangements are confirmed for Petitioner to board a commercial flight to Vietnam on July 10, 2017; and country clearance has been granted and received by the Escorting Officers as well as ticketed itineraries. (Doc. 14–1, at 2.) Because Petitioner's removal appears imminent, the Court finds that he is not entitled to habeas corpus relief and concludes this matter should be dismissed. However, should Petitioner's removal not occur on or shortly after July 10, 2017, Petitioner should notify the Court immediately.

**IT IS THEREFORE BY THE COURT ORDERED** that the petition for habeas corpus is **denied.**

**IT IS SO ORDERED**.

Dated this 22nd day of June, 2017, at Kansas City, Kansas.

                                          **s/ John W. Lungstrum**
                                          **JOHN W. LUNGSTRUM**
                                          **UNITED STATES DISTRICT JUDGE**